Daniel R. Barnhart, OSB No. 95206
dbarnhart@bullardlaw.com
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR  97205
503-248-1134/Telephone
503-224-8851/Facsimile

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID MILLER, | USDC Case No. 3:06-CV-1192-BR |
| Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| FRED MEYER STORES, INC., | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(ii), Plaintiff and Defendant, by and through their counsel, hereby stipulate that this lawsuit may be dismissed with prejudice and without costs or attorney fees to any party.

| LAW OFFICES OF SONA JEAN JOINER | BULLARD SMITH JERNSTEDT WILSON |
|---|---|
| By  s/ Sona Jean Joiner | By  s/ Daniel R. Barnhart |
| Sona Jean Joiner, OSB No. 840133 | Daniel R. Barnhart, OSB No. 95206 |
| 503-241-1113/Telephone | 503-248-1134/Telephone |
| 503-274-1214/Facsimile | 503-224-8851/Facsimile |
| sjoiner@earthlink.net | dbarnhart@bullardlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

Page 1    STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

1424/265 00123181 v 1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE on:

> Ms. Sona Jean Joiner
> Attorney at Law
> Suite 650
> 888 SW Fifth Avenue
> Portland, OR  97204
> Fax No.:  503-274-1214

☑  by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐  by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐  by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed.  It was contained in a sealed envelope and addressed as stated above.

☐  by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐  by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

☑  by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

DATED:  August 16, 2007.

> s/ Daniel R. Barnhart
> Daniel R. Barnhart, OSB No. 95206
> Attorney for Defendant

Page 1    CERTIFICATE OF SERVICE

1424/265 00123181 v 1